UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLANDO HERNANDEZ PEREZ,<br><br>Petitioner,<br>v.<br><br>JULIO HERNANDEZ, *et al.,*<br><br>Respondents. | Case No. 2:26-cv-03897-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL |

This matter comes before the Court on the parties' Stipulated Motion to Seal Petitioners' Exhibit D. Dkt. # 6. The Court, having reviewed the motion and finding good cause, ORDERS as follows:

1. The parties' Stipulated Motion to Seal is GRANTED.
2. Petitioner may file Exhibit D under seal.
4. The sealed materials shall remain under seal pending further order of this Court.

IT IS SO ORDERED.

//

//

//

Dated this 15th day of October, 2026.

John H. Chun
United States District Judge